UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**YEDIDAH "KATIE" GRIFFIN**,

    Plaintiff,

v.                               CASE NO. 3:22-cv-1346-HLA-MCR

**NIVEL PARTS & MANUFACTURING CO., LLC,** and **MORGAN STANLEY CAPITAL GROUP, INC.,**

    Defendants.
_____/

### O R D E R

Pursuant to Plaintiff's Notice of Voluntary Dismissal (Dkt. 20), it is

**ORDERED** that this cause is **DISMISSED with prejudice** as to Defendant Morgan Stanley Capital Group, Inc. ("Morgan Stanley"). The Clerk is directed to terminate Morgan Stanley as a party to this action.

**DONE AND ORDERED** at Jacksonville, Florida, this 18th day of January, 2023.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:   Counsel of Record