UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

YEDIDAH KATIE GRIFFIN,

    Plaintiff,

v.                                        Case No. 3:22-CV1346HLA/MCR

NIVEL PARTS & MANUFACTURING, LLC,

    Defendant.
_____

## Mediation Report

The parties held a mediation conference on August 1, 2023 and the results of that conference are indicated below.

**1. Attendance**

The following participants attended the mediation conference:

☒    lead counsel

☒    the parties or a party's surrogate satisfactory to the mediator

☐    any necessary insurance carrier representative

List any unexcused absence or departure from the mediation conference:

_____

_____

_____

_____

2. **Outcome**

> Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.

☐ The parties completely settled the case.

☐ The parties partially settled the case. The following issues remain:

_____

_____

_____

_____

☐ The parties agreed to continue the mediation conference. The mediator will file another mediation report within seven days after the continued conference.

☒ The parties have reached an impasse.


*/s/ Jason O'Steen*
Jason O'Steen

8/2/2023